**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| JOSEPH ERNEST TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:05-cv-195-RLY-WGH |
| ) | |
| MARALEE CLAYTON, et al., ) | |
| ) | |
| Defendants. ) | |

**E N T R Y**

This cause is dismissed for failure to prosecute, a disposition based on the plaintiff's failure to pay the filing fee as directed in paragraph 2 of the Entry of January 5, 2006. Consistent with this disposition, therefore, the plaintiff's motion for preliminary injunction filed on October 26, 2005, is **denied.**

Judgment dismissing this action without prejudice shall now issue.

**IT IS SO ORDERED.**

Date: _____